■ ELAINE S. BELSCHER et al., Respondents, v REZA CHAFFARI, Appellant.—Order unanimously affirmed, with costs. Same memorandum as in *Randall v Pech,* 51 AD2d 864. (Appeal from order of Erie Supreme Court modifying demand for bill of particulars.) Present.—Cardamone, J. P. Simons, Dillon and Goldman, JJ.

■ PATRICK J. TRILLO by TERRENCE J. TRILLO and Another, His Parents and Natural Guardians, et al., Respondents, v RAYMOND L. MORELAND et al., Appellants.—Order unanimously affirmed, with costs. Same memorandum as in *Randall v Pech* (51 AD2d 864). (Appeal from order of Erie Supreme Court modifying demand for bill of particulars.) Present—Cardamone, J. P., Simons, Dillon and Goldman, JJ.